IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al. | : : : | CIVIL ACTION |
| 5. | : : | NO. 03-5595 |
| AMERICAN REHAB AND PHYSICAL THERAPY, INC., et al. | : : | |

**ORDER**

AND NOW, this 14th day of July, 2009, in addition to the Order set forth in the Memorandum and Order of June 22, 2009 (Doc. No. 150), it is hereby ORDERED as follows:

1. The preliminary injunction shall issue upon Plaintiffs' posting a bond in the amount of One Thousand Dollars ($1,000.00).

2. Defendant Richard Privitera's Motion for Stay Pending Appeal (Doc. No. 156) is GRANTED upon the posting of a surety bond in the amount of Thirty-Three Thousand Three Hundred Dollars ($33,300.00).

BY THE COURT:

/s Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Shelley\03-5595 State Farm v. Am. Rehab\Order re Supp Prelim Injunct and Mot to Stay.wpd