IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL | : | CIVIL ACTION |
| AUTOMOBILE INSURANCE CO., et al. | : | |
| v. | : | |
| | : | NO. 03-5595 |
| AMERICAN REHAB AND | : | |
| PHYSICAL THERAPY, INC., et al. | : | |

## ORDER

AND NOW, this 11th day of March, 2010, the Court having been made aware that Plaintiff has reached settlement with Defendant Stephen Moldover, it is hereby ORDERED that Plaintiff's Motion To Compel the Deposition of Drew Friedman (Doc. No. 178), filed November 19, 2009, and Plaintiff's Motion for Clarification and Extension to Submit a Handwriting Expert Report (Doc. No. 187), filed January 8, 2010, are DENIED as moot.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL\03-5595, State Farm v. American Rehab\State Farm v. Am Rehab Order 3.10.10 re-Mot to Compel Depo and Clarification.wpd