IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM, ET AL | FILED | CIVIL ACTION |
| V. | NOV 2 6 2012 | |
| RICHARD PRIVITERA | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk | NO. 03-5595 |

<u>O R D E R</u>

The hearing scheduled for Tuesday, November 27, 2012 has been postponed at the request of the plaintiff until **December 11, 2012 at 9:30 a.m.** in Courtroom 3A, by agreement of counsel, with the understanding that the defendant Richard Privitera will forthwith forward to plaintiff a check for $1,000.00. Counsel shall exchange relevant information in preparation for the hearing. If agreement is reached, counsel shall notify the Court that the hearing should be cancelled. The parties should be prepared to present evidence and argument on December 11th.

_____
Michael M. Baylson, U.S.D.C.J.

O:\Orders - Civil\03-5595.wpd