IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO., et al.<br><br>v.<br><br>AMERICAN REHAB AND<br>PHYSICAL THERAPY, INC., et al. | CIVIL ACTION<br><br>NO. 03-5595 |

## ORDER

**AND NOW,** this 25th day of January, 2013, the Court held the latest in a series of hearings concerning defendant Privitera's indebtedness to plaintiff on January 24, 2013. The history of this case will not be set forth as it appears in other memoranda and orders. Pending before the Court is defendant Privitera's motion to modify the Court's prior Order requiring monthly payments to plaintiff. Discovery was ordered by the Court and has, in part, been completed. Plaintiff was seeking additional discovery and the hearing consisted of certain Orders stated on the record concerning completion of discovery, and testimony by Mr. Privitera. At the conclusion, the Court ruled that discovery and communications between counsel should continue. It appears that the Internal Revenue Service has lodged a lien and possibly a judgment against defendant as to which he is making partial payments. Counsel will complete the additional discovery promptly and defendant will file a response to defendant's motion to modify by March 30, 2013. Defendant may reply April 7, 2013. In the meantime, the Court **ORDERED**:

    1.    Defendant must provide documentary evidence of all receipts of cash or any asset, from whatever source, directly or indirectly, to his counsel who should, in turn, provide the documentation to plaintiff.

    2.    Defendant must report any additional clients he receives and what the terms of the

engagement are, with appropriate supporting documentation.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 90-06 & MDL\03-5595, STATE FARM V. AMERICAN REHAB\03CV5595.MOT.MODIFY.DOCX