THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>and<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>v.<br><br>AMERICAN REHAB AND PHYSICAL THERAPY, INC. D/B/A AMERICAN MEDICAL REHAB, RICHARD PRIVITERA, DEAN PARKER, and STEVE MOLDOVER | CIVIL ACTION<br>NO. 03-5595 |

## ORDER

AND NOW, this _8th_ day of _Feb_ 2013, Defendant, Richard Privitera, upon agreeme~~nt~~ of Counsel is ORDERED to make payments to Plaintiffs on the 23rd day of every month, hereinafter, in the amount of $2,200.00 until he satisfies the judgment to Plaintiffs.

It is further **ORDERED** that Defendant, Richard Privitera, shall make payments in the form of bank check, certified check or attorney IOLTA check made payable to State Farm Mutual Automobile Insurance Company.

It is further **ORDERED** that if Defendant, Richard Privitera, fails to make an above-ordered payment, he shall immediately surrender himself to the U.S. Marshall at the U.S. Marshall's office on the second floor of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is further **ORDERED** that if defendant, Richard Privitera, fails to make an above-ordered payment, Plaintiffs shall immediately notify the Court by written correspondence and a bench warrant for Defendant, Richard Privitera's arrest will be immediately issued.

BY THE COURT:

_____
The Honorable Michael M. Baylson