THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>and<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br><br>v.<br><br>AMERICAN REHAB AND PHYSICAL THERAPY, INC. D/B/A AMERICAN MEDICAL REHAB, RICHARD PRIVITERA, DEAN PARKER, and STEVE MOLDOVER | CIVIL ACTION<br>NO. 03-5595 |

## ORDER

AND NOW, this 23rd day of May, 2013, upon consideration of Plaintiffs' Motion, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED and that Defendant, Richard Privitera, is hereby ordered to appear on June 27 at 3:00pm to show cause why Defendant, Richard Privitera should not be arrested in accordance with the Court's February 8, 2013 Order.

BY THE COURT:

_____
The Honorable Michael Baylson