THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY <br><br> and <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> v. <br><br> AMERICAN REHAB AND PHYSICAL THERAPY, INC. D/B/A AMERICAN MEDICAL REHAB, RICHARD PRIVITERA, DEAN PARKER, and STEVE MOLDOVER | CIVIL ACTION <br> NO. 03-5595 |

## ORDER

AND NOW, this 28th day of June, 2013, it is hereby ORDERED that this Court's Order of February 8, 2013 remains in effect and it is further ORDERED that:

1. Richard Privitera is required to make a payment of $4,400.00 no later than July 23, 2013;

2. Mr. Privitera is required to make monthly payments of $2,200.00 starting on August 23, 2013 consistent with this Court's February 8, 2013 Order until he satisfies the judgment to Plaintiffs;

3. Mr. Privitera is sanctioned in the amount of $500.00, which must be paid to State Farm Mutual Automobile Insurance Company within five days of the date of this Order;

4. Mr. Privitera is automatically sanctioned $1,000.00 if he violates this Order and must pay the sanction to State Farm Mutual Automobile Insurance Company within five (5) days of the date of the violation; and,

5. Mr. Privitera may be furthered sanctioned upon further application to the Court.

BY THE COURT:

_____
The Honorable Michael Baylson